884 A.2d 842

**In the Matter of John J. HYKEL.**

**Petition for Reinstatement.**

**No. 713 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 26, 2005.

450

*ORDER*

PER CURIAM:

AND NOW, this 26th day of September, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated July 8, 2005, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.